IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

TOPEKA DIVISION



FILED

AUG 21 2025

Clerk, U.S. District Court
By:_____Deputy Clerk

Anthony Thompson,

Plaintiff,


v.                              Case No. 25-cv-04069-HLT-RES


Ryan Davis, Kansas Highway Patrol Officer,

Erik Smith, Superintendent of the Kansas Highway Patrol,

Defendants.


## MOTION TO PROVIDE ADDRESSES FOR

## SERVICE OF PROCESS


Plaintiff Anthony Thompson, proceeding pro se and in forma pauperis, respectfully moves the Court for an order directing the Clerk of Court and the United States Marshals Service to serve the summons and complaint upon the defendants at their official places of business.


In support, Plaintiff states as follows:

1. On [date you filed], Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983.
2. The Court granted Plaintiff's Motion to Proceed in forma pauperis, and directed that service would be effected by the United States Marshals Service.
3. Plaintiff inadvertently omitted the service addresses for the named defendants in the initial complaint and civil cover sheet.
4. Plaintiff now provides the following addresses for purposes of service of process:

- o Ryan Davis, Kansas Highway Patrol Officer

    Kansas Highway Patrol Headquarters

    122 S.W. 7th Street

    Topeka, Kansas 66603

- o Erik Smith, Superintendent of the Kansas Highway Patrol

    Kansas Highway Patrol Headquarters

    122 S.W. 7th Street

    Topeka, Kansas 66603

5. These are the official business addresses of the defendants in their capacities as employees of the Kansas Highway Patrol.

WHEREFORE, Plaintiff respectfully requests that the Court accept these addresses for service of process and direct the U.S. Marshals Service to serve the summons and complaint accordingly.

Respectfully submitted,

Anthony Thompson

1316 SW Western Ave., Apt. 1

Topeka, KS 66604

Phone: (785) 600-8501

Email: acthompson8254@gmail.com

Plaintiff, Pro Se