## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY THOMPSON,           ) | |
|            ) | |
|         **Plaintiff,**       ) | |
|            ) | |
|     **v.**           )       | **Case. No. 5:25-CV-04069-HLT-RES** |
|            ) | |
| RYAN DAVIS, *et al.,*      ) | |
|            ) | |
|        **Defendants.**   ) | |
|            ) | |

## ENTRY OF APPEARANCE

**COMES NOW** Lisa D. Montgomery, First Assistant Attorney General, and enters her

appearance as co-counsel for Defendants Ryan Davis and Erik Smith.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL

*/s/ Lisa D. Montgomery*
Lisa D. Montgomery KS Sup Ct. No. 18243
First Assistant Attorney General
Civil Division-Defensive Litigation
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email:  lisa.montgomery@ag.ks.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to Plaintiffs *pro se* by ordinary mail addressed to:

Anthony Thompson
1316 SW Western Ave
Apt. 1
Topeka, KS 66604


*/s/ Lisa D. Montgomery*
Lisa D. Montgomery
First Assistant Attorney General